UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| DARIKA JONES, | ) Civil Action No.: 3:17-cv-01338 |
| Plaintiff, | ) |
| vs. | ) |
| | ) NOTICE OF SETTLEMENT |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff requests that the Court clear the calendar in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated this 1st day of December 2017

Respectfully Submitted,

/s/ Susan S. Lafferty
Susan S. Lafferty, Esq.
Lafferty Law Firm, P.C.
555 Marriott Drive, Suite 315
Nashville, TN 37214
(T): (615) 878-1926
(F): (615) 472-7852
(E): SusanL@laffertylawonline.com
*Attorney for Plaintiff Darika Jones*