IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DARIKA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-1338 |
| | ) | Judge Trauger |
| GC SERVICES LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The initial case management conference set for December 4, 2017 is **CANCELLED**.

It is so **ORDERED.**

Enter this 1st day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1