IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DARIKA JONES,

    Plaintiff,

v.

GC SERVICES LIMITED
PARTNERSHIP,

    Defendant.

Case No. 3:17-cv-1338
Hon. Judge Aleta A. Trauger

## ORDER

**IT IS HEREBY ORDERED** based on the Stipulation for Dismissal entered into by the parties (Docket No. 11 ), the above captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs and attorneys fees.

Dated this 22nd day of December, 2017.

_____
Honorable Judge Aleta A. Trauger
United States District Judge